IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 07 011ML |
| vs. | ) | CR No. |
| | ) | In Violation of |
| DAWN WALKER | ) | 18 U.S.C. § 2113(a) |
| | ) | |

FILED
JAN 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges:

COUNT I

On or about December 27, 2006, in the District of Rhode Island, the Defendant, DAWN WALKER, by intimidation did knowingly take from the person and presence of another money, namely approximately $4,438 (four thousand, four hundred and thirty-eight dollars), belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Chief

DATE FILED: 1/23/07