**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-0011-01ML** |
| | ) | |
| **DAWN WALKER** | ) | |

---

**MOTION FOR DOWNWARD DEPARTURE**

Now comes the defendant Dawn Walker, by and through her counsel, and moves that this Honorable Court make a three level horizontal departure in her criminal history category, from **Category VI** to **Category III**. Ms. Walker makes this motion because thirteen (13) of Ms. Walker's seventeen (17) criminal history points result from sentences she received on misdemeanor charges. Those charges include such things as prostitution and obstructing a police officer. The guidelines do not recognize, for the purposes of computation of criminal history, the difference between misdemeanor and felony offenses. The guidelines also do not recognize the difference between dangerous and/or violent misdemeanors and those such as prostitution where the victim is in fact the defendant.

U.S.S.G § 4A1.3 specifically allows the Court the discretion to depart downward where a defendant's assigned criminal history over-represents "the seriousness of a defendant's criminal history or the likelihood that the defendant will commit further crimes." This is such a case.

The defendant respectfully asks that this Court to grant a departure and assign Ms. Walker a Criminal History category III.

Respectfully submitted
Dawn Walker
By her attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281FAX 528-4285
mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that a copy of this memorandum was filed electronically with notification to Stephanie Browne, Assistant United States Attorney and Kristin Mattias, USPO, on August 9, 2007.

/s/ Mary S. McElroy