**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR07-0011-01ML** |
| | ) | |
| **DAWN WALKER** | ) | |

---

## NOTICE OF APPEAL

Now comes the defendant, Dawn Walker, by and through her counsel, and hereby notices the appeal of her sentence imposed on August 10, 2007 to the First Circuit Court of Appeals.

Respectfully submitted
Dawn Walker
By her attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Stephanie Browne, AUSA on the 14th day of August, 2007.

/s/ Mary S. McElroy