UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

December 27, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**Attn: Ms. Donna Barchard**

CR 07-011ML
USA v. Dawn Walker

**CCA# 07-2266**

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket entries as to the above-referenced case .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ____________
John Duhamel
Deputy Clerk

encl:
**Doc #18 (Unredacted) Sentencing Memorandum [sealed]**
**Certified docket**