UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-011 ML

DAWN WALKER

# ORDER

This matter is before the Court on the government's Motion to Unseal a portion of the record. The government seeks an order of the court directed to Defendant's counsel to file an expedited response to the Motion to Unseal. Defendant's counsel is hereby directed to file a response to the Motion to Unseal on or before February 6, 2008.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
February 1, 2008