UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-11-ML |
| | ) | |
| DAWN WALKER | ) | |

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO UNSEAL RECORD

Now comes Dawn Walker, the Defendant in the above captioned matter, and responds through counsel to the government's request to open portions of the District Court record in this case.

In its motion to unseal portions of the defendant's sentencing memorandum, the government asserts that the defendant's appeal will be denied while simultaneously insisting upon the necessity of unsealing. Its position is without merit. The sealing of this record does not in any way hinder the government's argument on appeal. A piecemeal unsealing of this document which contains private and personally sensitive information is unnecessary and will harm Ms. Walker.

The government fails to point out to this Court that both it and the appellate court have full access to the sealed information. The government has full opportunity to refer to and paraphrase from the submitted sealed information in support of its position. The government can certainly refer the appellate court to the same portions of the sealed memo cited in its motion without the need for quotation. Alternatively, the government could file a portion of its brief under seal. Both of these options preserve the government's right to make any and every argument available to it without placing Ms. Walker's personal information into the public record.

Unsealing of these portions of the defendant's sentencing memorandum is not relevant to the appeallate court's determination of this appeal. The appellate court can review any sealed material that the government deems to be relevant. The appellate court has the authority to unseal portions of the information it feels are appropriate in any subsequent opinion it may write. The government has not made any showing of any compelling necessity for its request. Based on the government's

proffered reasoning, the Court must protect Ms. Walker and deny the government's motion..

Respectfully submitted
Dawn Walker
By her attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Donald Lockhart, Assistant United States Attorney, on February 6, 2008

/s/ Mary S. McElroy