**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-11-ML** |
| | : | |
| **DAWN WALKER** | : | |

**GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO UNSEAL LIMITED PORTIONS OF SENTENCING MEMORANDUM**

The defense response misses the point. The statements in the sentencing memorandum are in fact highly relevant to the issue of whether the defense waived or forfeited the position now advanced in the First Circuit. Moreover, the First Circuit will be hampered in addressing that issue in its opinion if it is unable to quote the actual words that counsel used below. That is the whole point of the government's request that the Court unseal the six sentences in question. The fact that the First Circuit is able to <u>view</u> these sealed sentences does not enable it to quote them in a publicly-issued opinion. And in recent times, the First Circuit has expressed frustration at the amount of unnecessarily sealed material it receives, which inhibits it from deciding cases in an open and public fashion.

The defense claims that the six sealed sentences contain "private and personally sensitive information" (Response at 1), yet defense counsel made similar if not more in-depth remarks of

this precise character at the unsealed sentencing hearing. (Attachments 1-5.) It is no secret that defendant desperately needs drug and mental health treatment. And indeed, it is this very need for drug and mental health treatment that forms the basis of the underlying substantive issue raised in the defense appellate brief. (Attachments 6-8.) The question therefore arises: why is it that the six sealed sentences must be kept from public view where it is the defense that has put this issue into play?

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/_Donald C. Lockhart______

DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
Donald.lockhart2@usdoj.gov

Dated: February 7, 2008

Certificate of Service

I hereby certify that on the 7th day of February, 2008, I caused a copy of the within filing to be served by way of the Electronic Case Filing System upon Mary S. McElroy, counsel for the defendant

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov