**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR No. 07-11-ML** |
| **DAWN WALKER** | : | |

**GOVERNMENT'S MOTION TO UNSEAL LIMITED PORTIONS OF DEFENDANT'S SENTENCING MEMORANDUM**

In an unsealed brief filed in the First Circuit, defendant argues that this Court erred in fashioning a sentence that was based in part on her need for mental health and drug treatment. There is a dispute in the circuits on this question. Compare United States v. Manzella, 475 F.3d 152, 156-61 (3d Cir. 2007), with United States v. Hawk Wing, 433 F.3d 622, 629-30 (8th Cir. 2006).

The government's threshold position will be that defendant affirmatively waived or at least forfeited this issue by expressly inviting the Court to employ such a rationale, and it will quote portions of the sentencing transcript that demonstrate that this is so. That transcript was not sealed. In the same vein, the government will also need to quote limited portions of the defense sentencing memorandum, which was sealed. Indeed, in writing the opinion in this case, it is likely that the Court of Appeals will need to quote or at least paraphrase the same material. Because

Granted. Mary M. Lisi USDJ 2/13/08

there are many unsealed references (both in the district court record and in defendant's appellate brief) to the fact that defendant needs mental health and drug treatment, unsealing these limited portions will not materially prejudice her (though they may well reduce the odds that she will win her appeal).

For these reasons, the government requests that the Court unseal the following material in defendant's sentencing memorandum, so that the government and the Court of Appeals may quote it: (1) the final sentence on page 6; and (2) the two paragraphs in the middle of page 8, starting with "Perhaps" and ending with "detrimental."

Finally, the government understands that defendant will object to this motion. The government asks the Court to order defendant to file an expedited response since (1) this position appears frivolous, and (2) the government needs to refer to the material in a responsive brief, which it expects to file next week.

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
Donald.lockhart2@usdoj.gov

Dated: January 30, 2008

## Certificate of Service

I hereby certify that on the 30th day of January, 2008, I caused a copy of the within filing to be served by way of the Electronic Case Filing System upon Mary S. McElroy, counsel for the defendant.

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov