CR: 07-11
J. Lisi
Papers to follow

# United States Court of Appeals
## For the First Circuit

---

No. 07-2266

UNITED STATES OF AMERICA,

Appellee,

v.

DAWN WALKER,

Defendant, Appellant.

---

**JUDGMENT**

Entered: August 13, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** SEP 04 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Donald C. Lockhart, Robert Clark Corrente and Mary S. McElroy